**AFFIRM; and Opinion Filed July 31, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00944-CR

### No. 05-16-00945-CR

### MICHAEL AARON TAYLOR, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-45333-CR & F15-24320-R**

## MEMORANDUM OPINION
Before Justices Francis, Brown, and Schenck
Opinion by Justice Brown

Michael Aaron Taylor pleaded guilty to two charges of assault involving family violence, enhanced and was placed on deferred adjudication community supervision for a period of five years. The State subsequently filed motions to proceed with an adjudication of guilt in both cases asserting appellant violated several conditions of his community supervision. Appellant pleaded not true to the allegations in the State's motions. The trial court subsequently found two of the allegations in the State's motions true, adjudicated appellant guilty of the offenses, and assessed his punishment at ten years' confinement in each case.

In a single issue, appellant requests that we reform the judgments in each case because they both incorrectly recite appellant pleaded true to the allegations in the State's motion to revoke. The State acknowledges the judgments are incorrect and reformation is appropriate.

We agree. *See Bigley v. State*, 865 S.W.2d 26, 27-28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529-30 (Tex. App.—Dallas 1991, pet. ref'd).  We therefore sustain appellant's sole issue and reform the judgments in each case to reflect appellant's pleas of not true

As reformed, we affirm the trial court's judgments.

/Ada Brown/

ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

160944F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL AARON TAYLOR, Appellant

No. 05-16-00944-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-45333-R.
Opinion delivered by Justice Brown. Justices Francis and Schenck participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 31st day of July, 2017.



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL AARON TAYLOR, Appellant

No. 05-16-00945-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-24320-R.
Opinion delivered by Justice Brown. Justices Francis and Schenck participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered this 31st day of July, 2017.